Jose Manuel Olvera
#17575-028
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City, MS 39194



-LEGAL MAIL-

CERTIFIED MAIL

9589 0710 5270 2065 8937 61

Clerk of the Court
United States District Court
For the Southern District
of Mississippi
501 E. Court St., STE 2.500
Jackson, MS 39201.

RECEIVED
APR 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES. The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194